448 A.2d 1152

Commonwealth v. Rosencrans, Appellant.

Submitted June 23, 1981.

Joseph F. Sklarosky, Assistant Public Defender, for appellant; Chester B. Muroski, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and BECK, JJ.

Judgment of sentence affirmed.